**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-371-RJC-DCK**

| | |
|---|---|
| **MARY CONNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | <u>**ORDER**</u> |
| ) | |
| **CHARLES & COLVARD, LTD., and** ) | |
| **CHARLESANDCOLVARD.COM, LLC,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Marla T. Reschly, concerning Carol C. Lumpkin, on August 21, 2023. Carol C. Lumpkin seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Carol C. Lumpkin is hereby admitted *pro hac vice* to represent Defendants.

   **SO ORDERED**.

David C. Keesler
United States Magistrate Judge